## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| DOROTHY ANN NEAL | * |
| Plaintiffs, | * |
| v. | *   Civil Action: 1:91-cv-01668 |
| KEENE BUILDING PRODUCTS CORPORATION, et al. | * |
| | * |
| Defendants. | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### **<u>NOTICE OF WITHDRAWAL</u>**

Please withdraw the appearance of Paul H. Aloe on behalf of Defendant Rapid-American Corporation, in the above-referenced action. Stephen A. Marshall and Sonnenschein, Nath & Rosenthal LLP, and M. King Hill and Venable LLP, will continue to appear on behalf of Defendant Rapid-American Corporation and receive notice of all pleadings, in the above-reference action.

Respectfully Submitted,

*/s/ Paul H. Aloe*
Paul H. Aloe
KUDMAN TRACHTEN LLP
350 Fifth Avenue, Suite 4400
New York, New York 10118
212-868-1010
paloe@kudmanlaw.com

*/s/ Stephen A. Marshall*
Stephen A. Marshall
SONNENSCHEIN, NATH & ROSENTHAL, LLP
1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
212-768-6700
smarshall@sonnenschein.com

/s/ M. King Hill, III
M. KING HILL, III
Venable LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, MD 21285-5517
(410) 494-6200
mkhill@venable.com

*Attorneys for Rapid-American Corporation*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of June, 2007, a copy of the foregoing Notice of Withdrawal was electronically filed and served on all counsel of record, pursuant to Local Rule of Civil Procedure 102.

/s/ M. King Hill, III
M. KING HILL, III

246653